UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF INDIANA

HAMMOND DIVISION



- **FILED** -

 ·R 2 / 2015

ROBE⸽          ⸽GO⸽  ⸽H, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

CHASE CALDWELL,

Plaintiff,

Vs.                                              Case NO:2:14-CV-00455-RL-PRC

JESSE KLEMZ; WILLIAM KNAPP; JAMIE

EROW; and TIMOTHY BELL

Defendants

## MOTION TO APPOINT COUNCEL

I, Chase Caldwell am seeking counsel to represent me in this case Caldwell vs. Jesse,
William Knapp, JAMIE EROW, and Timothy. I'm asking the court to appoint me
Counsel so I can compel my case fairly in front of a jury. I believe with the evidence I
have it's appropriate for someone to assist me with litigation.

Chase Caldwell